**Order entered June 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01323-CR
No. 05-12-01349-CR

**ERIC JERMOND DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-71411-W, F11-59063-W**

## ORDER

The Court **REINSTATES** the appeals.

The records in these cases reflect that appellant was sentenced on July 25, 2012. Appellant filed a pro se notice of appeal, entitled "motion to appeal," on August 24, 2012. The trial court certified appellant has the right to appeal. The trial court appointed the Dallas County Public Defender's Office to represent appellant in the appeals. The clerk's and reporter's records have been filed. This Court has twice ordered the trial court to make findings regarding why appellant's brief, which is nearly six months overdue, has not been filed. To date, the trial court has neither filed the findings nor responded to any of the letters this Court has sent regarding the status of those findings. Additionally, we have had no correspondence from the Dallas County

Public Defender's Office regarding appellant's brief in these appeals. The appeals cannot proceed until the issue of appellant's brief is resolved.

Accordingly, we **ORDER** the Honorable Tracy Holmes, Presiding Judge of the 363rd Judicial District Court, to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the Honorable Tracy Holmes shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeals, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(*b*). If the Honorable Tracy Holmes cannot obtain appellant's presence at the hearing, the Honorable Tracy Holmes shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the Honorable Tracy Holmes is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the Honorable Tracy Holmes to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court by **JULY 5, 2013**.

> **FAILURE OF THE HONORABLE TRACY HOLMES,**
> **PRESIDING JUDGE OF THE 363rd JUDICIAL DISTRICT**
> **COURT, TO FILE THE FINDINGS OF FACT REGARDING**
> **APPELLANT'S BRIEF BY THE DATE HEREIN SET FORTH**
> **MAY RESULT IN THE ISSUANCE OF A SHOW CAUSE**
> **ORDER AND/OR A JUDGMENT OF CONTEMPT.**

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court, Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office, and Michael Casillas, Appellate-Chief, Dallas County District Attorney's Office.

The appeals are **ABATED** to allow the Honorable Tracy Holmes to comply with the above order. The appeals shall be reinstated on July 15, 2013 or when the findings are received, whichever is earlier.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE